

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.ABZLaw.com

Dustin Bowman, Esq.
Mark Anderson, Esq.
Btzalel Hirschhorn, Esq.
Matthew J. Routh, Esq.
Andreas E. Christou, Esq.

September 5, 2019

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

RE:     1-16-40295-ess Jeffrey Fima Furshman

Dear Judge Stong:

    Our office represents the above mentioned Debtor in the instant Chapter 13 Bankruptcy. The Debtor has informed our office that he does not wish to continue with his Chapter 13 Bankruptcy. As such, the Debtor does not oppose the trustee's Motion to Dismiss that is currently scheduled to be heard on September 9, 2019.

Should you have further questions, please contact our office. Thank you.

Sincerely,

_____/s/ Btzalel Hirschhorn_____
Btzalel Hirschhorn, Esq.